FILED

MAY 06 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00304 LJO |
| Plaintiff, | ORDER FOR AN IN CAMERA REVIEW OF PERSONNEL FILES |
| v. | |
| DERAL ARMSTRONG, | |
| Defendant. | |

The United States having applied to this Court for an order for an in camera review of personnel files based upon a defense request for such a review,

IT IS ORDERED, that Fresno Police Department produce personnel records of Fresno Police Officers Frederick Williams (#P1077), Kenneth Webb (#P1166), John Banuelos (#P1184), Allen Taliafero (#P1219), and Identification Bureau Technician Michael Burrows (#ID47) for an in camera review on or before May 29, 2013.

DATED: May 3, 2013

/s/ Sheila K. Oberto
HONORABLE SHEILA K. OBERTO
U.S. Magistrate Judge

3