IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00304 LJO |
| | ) | |
| | ) | ORDER FOR AN IN CAMERA REVIEW OF |
| Plaintiff, | ) | PERSONNEL FILES |
| | ) | |
| v. | ) | |
| | ) | |
| DERAL ARMSTRONG, | ) | |
| | ) | |
| Defendant. | ) | |

The United States having applied to this Court for an order for an in camera review of personnel files based upon a defense request for such a review,

IT IS ORDERED, that Fresno Police Department:

    a. Undertake a review of the personnel files of Officers Kenneth Webb (#P1166) and Frederick Williams (#P1077) for any disciplinary actions, allegations of misconduct that bear upon credibility, documentation that is relevant to truthfulness or that is exculpatory in nature. The review is to be completed on or before June 24, 2013. Upon completion of the review, Fresno Police Department shall provide notice to the parties and to the Court, and indicate whether a further in camera review is warranted.

    b. Should any such documentation or allegation be found, an in camera review of the documents shall be arranged

1

with the Court for a determination of whether the information should be provided to the parties for potential use at trial or any evidentiary hearing at which the witnesses testify. Such in camera review shall occur within 2 weeks following notification from Fresno Police Department that the review is warranted.

IT IS SO ORDERED.

Dated: **June 17, 2013**  /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE